**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 22, 2017.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MARGARET NADINE ALEXANDER, and | § | |
| SIMONEAUX JUDE ALEXANDER, | § | CASE NO. 17-10201-TMD |
| | § | CHAPTER 7 |
| Debtors. | § | |
| | § | |

### ORDER ABATING OBJECTION TO PROPERTY CLAIMED AS EXEMPT

Before the Court is the Agreed Motion to Abate Objection to Property Claimed as Exempt (the "Motion") of Beach Community Bank ("Beach"), with the agreement of Debtors Margaret Nadine Alexander and Simoneaux Jude Alexander ("Debtors"). Upon consideration of the Motion, the file in this case, and the agreement of the parties, the Court is of the opinion that the Motion should be and therefore hereby is GRANTED. It is therefore

ORDERED, that this matter is abated until the resolution of Adversary Proceeding No. 17-10201-tmd (the "Adversary Proceeding"); it is further

ORDERED that within thirty (30) days of the final resolution of Adversary Proceeding, counsel for the Debtors and/or Beach shall contact the Court to set the Motion for hearing.

So Ordered.

# # # End of Order # # #

AGREED:

/s/Charles W. Gameros, Jr., P.C.
Charles W. Gameros, Jr., P.C.
State Bar No. 00796596
HOGE & GAMEROS, L.L.P.
6116 North Central Expressway, Suite 1400
Dallas, Texas   75206
Telephone:    (214) 765-6002
Telecopier:    (214) 292-8556
E-mail:           BGameros@LegalTexas.com

ATTORNEYS FOR BEACH COMMUNITY BANK


AGREED AS TO FORM:

/s/S. Jason Gallini
S. Jason Gallini
TSBN: 24044887
Gallini Law, PLLC
1000 Heritage Center Circle
Round Rock, Texas  78680
(512) 238-8883
(512) 276-6742 Facsimile

ATTORNEY FOR DEBTORS