**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 14, 2017**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| MARGARET NADINE ALEXANDER | § | CASE NO. 17-10201-tmd |
| *aka* MARGO ALEXANDER, | § | |
| SIMONEAUX JUDE ALEXANDER | § | CHAPTER 7 |
| *aka* JUD ALEXANDER | § | |
| Debtors. | § § | |
| | § | |
| WELLS FARGO BANK, N.A. | § | |
| AS SUCCESSOR BY MERGER TO | § | |
| WACHOVIA BANK, N.A. | § | |
| Movant, | § § | |
| v. | § § | |
| MARGARET NADINE ALEXANDER | § | |
| SIMONEAUX JUDE ALEXANDER | § | |
| RON SATIJA, Trustee | § | |
| Respondents. | § | |

## ORDER LIFTING AUTOMATIC STAY

**CAME ON FOR CONSIDERATION,** the Motion for Relief from Stay of Action Against Collateral and Waiver of Thirty-Day (30) Hearing Requirement ("Motion") previously filed

herein, and the Court having considered the Motion, and no response to the Motion having been offered by any party, and it appearing that ***Wells Fargo Bank, N.A., as successor by merger to Wachovia Bank, N.A.*** ("Movant") has an interest in the property described in the Motion; that Debtor has not offered any opposition to the Motion; that all parties in interest have been duly notified of the Motion for Relief from Stay of Action Against Collateral and Waiver of Thirty-Day (30) Hearing Requirement and of the hearing on such Motion;

**IT IS ORDERED, ADJUDGED AND DECREED**

1. That the motion is *granted*: the automatic stay of 11 U.S.C. §362(a) is lifted to allow Movant to proceed with its remedies, as allowed by its contract and state law, to proceed to advertise and foreclose the Property and then to apply the proceeds there from to its lawful claim.

2. That the fourteen (14) day stay period otherwise imposed by Fed. R. Bnkr. P. 4001(3) shall not be applicable to this Order.

###END OF ORDER###

Submitted by:

Coury M. Jacocks, Esq.
State Bar No. 24014306
2201 W. Royal Ln., Ste. 155
Irving, TX 75063
(469) 804-8457
Attorney for **Wells Fargo Bank, N.A., as successor by merger to Wachovia Bank, N.A.**